UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:16-CV-80121-ROSENBERG/HOPKINS

HOWARD COHAN,

    Individually,

v.

RLJ III – EM WEST PALM BEACH LESSEE, LLC, a foreign limited liability company, d/b/a EMBASSY SUITES WEST PALM BEACH AIRPORT,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD COHAN, and Defendant, RLJ III – EM WEST PALM BEACH LESSEE, LLC, d/b/a EMBASSY SUITES WEST PALM BEACH AIRPORT, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice with each party to bear their own attorneys' fees, costs and expenses of suit.

BERGER SINGERMAN LLP
*Attorneys for Defendant RLJ III – EM WEST PALM BEACH LESSEE, LLC, d/b/a EMBASSY SUITES WEST PALM BEACH AIRPORT*
1450 Brickell Avenue, Suite 1900
Miami, Florida  33131
Telephone:  (305) 755-9500
Fax:   (305) 755-7340

By: /s/ Nicole L. Levy
    James C. Cunningham, Jr.
    Florida Bar No. 276197
    jcunningham@bergersingerman.com
    Nicole L. Levy
    Florida Bar No. 106995
    nlevy@bergersingerman.com

KAPLAN, SCONZO, P.A.
Gregory Steven Sconzo, Esq.
3399 PGA Boulevard, Suite 180
Palm Beach Gardens, FL 33410
Telephone:  (561) 296-7900
Fax: (561) 296-7919

By: /s/ Gregory S. Sconzo
    Gregory S. Sconzo
    Florida Bar No. 105553
    GSconzo@KSPLAW.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __29th___ day of April, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

By: /s/ Gregory S. Sconzo
Gregory S. Sconzo

**SERVICE LIST**

Gregory Steven Sconzo, Esq.
Kaplan, Sconzo, P.A.
3399 PGA Boulevard, Suite 180
Palm Beach Gardens, FL 33410
(561) 296-7900
Fax: (561) 296-7919
Email: GSconzo@KSPLAW.com

7079114-1