UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-80121-ROSENBERG/HOPKINS

HOWARD COHAN,

    Plaintiff,

v.

RLJ III EM WEST PALM BEACH LESSEE, LLC d/b/a
Embassy Suites West Palm Beach Airport,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on the Stipulation of Dismissal with Prejudice [DE 17] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT,** all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this 2nd day of May, 2016.

                                      ROBIN L. ROSENBERG
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record